UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIVERSIFIED LENDERS, LLC,

    Plaintiff,

v.                                             Case No. 8:17-mc-37-T-36AEP

AMAZON LOGISTICS, INC., *et al.*,

    Defendants.
_____/

## **ORDER**

This cause came before the Court for a hearing upon Plaintiff's Motion for Order to Show Cause why Defendant Vertical Holdings Unlimited, LLC ("VHU"), should not be held in civil contempt of court, to compel production of documents in response to the subpoena, and request for sanctions (Doc. 1). By the motion, Plaintiff requests that the Court issue an order for VHU, through its managing members, Lisa and Craig Bythewood, to show cause why VHU should not be held in contempt for failing to comply with the subpoena issued by Plaintiff; order that VHU may purge itself of contempt by producing the requested documents; and award Plaintiff its fees and costs expended in bringing the motion. Despite receiving proper notice of the hearing (*see* Doc. 9), VHU failed to appear or submit a response to Plaintiff's motion. After consideration, it is hereby

ORDERED:

1. VHU is directed to produce all records responsive to any outstanding supboenas within twenty (20) days of the date of this Order.

2. A show cause hearing shall be scheduled for May 17, 2017, at 10:00 a.m. in Courtroom 10A at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue,

Tampa, Florida, at which VHU must appear to show cause as to why contempt proceedings should not proceed against it and its managing members for failure to respond to Plaintiff's subpoena. If VHU complies with Plaintiff's subpoena prior to the show cause hearing, and Plaintiff notifies the Court of the same, the Court will cancel the hearing and the civil contempt proceedings will not commence. If VHU fails to appear at the hearing, however, the Court will commence the civil contempt process, which could include the imposition of fines and/or incarceration.

    3. As soon as practicable, but no later than April 27, 2017, the U.S. Marshal's Office is directed to serve a copy of this Order upon VHU at the following address:

    10511 Martinique Isle Drive
    Tampa, FL 33647

    DONE AND ORDERED in Tampa, Florida, on this 20th day of April, 2017.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:    Counsel of Record
       U.S. Marshal's Office