# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DIVERSIFIED LENDERS, LLC,
an Oklahoma limited liability company

        Plaintiff,

v.

AMAZON LOGISTICS, INC., a Delaware corporation, and VERTICAL HOLDINGS UNLIMITED, LLC d/b/a VHU EXPRESS, a Florida limited liability company,

        Defendants.
_____/

Miscellaneous Action No.:
8:17-mc-37-T-36-AEP

Court of Origin:
United States District Court,
Western District of Washington,
Case No. 2:16-cv-01232-RSL

## PLAINTIFF DIVERSIFIED LENDERS, LLC'S MOTION TO INSTITUTE CONTEMPT PROCEEDINGS AGAINST VERTICAL HOLDINGS UNLIMITED, LLC AND ITS MANAGING MEMBERS LISA BYTHEWOOD AND CRAIG BYTHEWOOD

Plaintiff Diversified Lenders, LLC ("Diversified"), by and through the undersigned counsel, and pursuant to the Court Order dated May 17, 2017 [D.E. 24], hereby files this Motion to Institute Contempt Proceedings Against Vertical Holdings Unlimited, LLC ("VHU") and its Managing Members Lisa Bythewood and Craig Bythewood (collectively, the "Bythewoods") (the "Motion"), and states the following:

As a result of VHU's and the Bythewoods' defiance of the Subpoena and of this Court's order compelling compliance with the Subpoena, this Court should find VHU and the Bythewoods in civil contempt and institute contempt proceedings, including the incarceration of the Bythewoods and the imposition of sanctions.

Case 8:17-mc-00037-CEH-AEP   Document 28   Filed 06/02/17   Page 2 of 9 PageID 90

*Diversified Lenders, LLC v. Amazon Logistics, Inc., et al*
Case No. 3:14-cv-877-J-334PDB
Motion to Institute Contempt Proceedings Against Vertical
Holdings Unlimited, LLC, Lisa Bythewood and Craig Bythewood
Page 2 of 9

**I.      Relevant Procedural History**.

1.      After spending eight days attempting to locate VHU's Managing Member and Registered Agent, Lisa Bythewood, on March 8, 2017, Diversified served a Subpoena to Testify at a Deposition in a Civil Action, which included a request for production of documents, (the "Subpoena"), upon VHU by and through Christopher Stroud, its Chief Operating Officer. Diversified was eventually able to locate Lisa Bythewood, and on March 10, 2017, Diversified served Lisa Bythewood with a copy of the Subpoena and a subpoena for her personal appearance at a deposition. The Subpoena required VHU to produce documents to Diversified by no later than March 17, 2017.

2.      After VHU failed to respond to the Subpoena and after Diversified attempted to work with Lisa Bythewood in order to obtain the documents responsive to the Subpoena without court intervention, on March 22, 2017, Diversified initiated this action by filing a Motion for Order to Show Cause why VHU Should not be Held in Civil Contempt of Court, to Compel Production of Documents in Response to the Subpoena and Request for Sanctions [D.E. 1] (the "Motion for Order to Show Cause"). The Motion for Order to Show Cause requested that this Court direct VHU, by and through its Managing Members, the Bythewoods, to show cause why VHU and the Bythewoods should not be held in contempt of this Court for VHU's failure to comply with a duly issued and properly served Subpoena, to compel VHU to produce documents in response to the Subpoena, and for sanctions for VHU's failure to comply with the Subpoena.

3.      The Motion for Order to Show Cause was heard by this Court on April 20, 2017. [*See* D.E. 3]. VHU failed to appear at the hearing, despite receiving notice of the hearing. The Court then ordered VHU to comply with the Subpoena and to produce documents responsive to

Case 8:17-mc-00037-CEH-AEP   Document 28   Filed 06/02/17   Page 3 of 9 PageID 91

*Diversified Lenders, LLC v. Amazon Logistics, Inc., et al*
Case No. 3:14-cv-877-J-334PDB
Motion to Institute Contempt Proceedings Against Vertical
Holdings Unlimited, LLC, Lisa Bythewood and Craig Bythewood
Page 3 of 9

the Subpoena within twenty (20) days of the Order and further scheduled a Show Cause Hearing for May 17, 2017. [*See* D.E. 16, the "Order of Compliance"].

4.   VHU failed to comply with the Order of Compliance and did not produce all documents in response to the Subpoena within twenty (20) days of the Order. In addition, no one appeared on behalf of VHU at the Show Cause Hearing on May 17, 2017 (the "Show Cause Hearing").

5.   At the Show Cause Hearing Diversified requested that the Court find VHU in contempt and proceed with instituting contempt proceedings against VHU and the Bythewoods, as VHU's Managing Members, including entering an order for the incarceration of the Bythewoods until the Subpoena is complied with.

6.   On May 17, 2017, this Court entered an Order [D.E. 24] retroactively granting the Motion for Order to Show Cause and further directing Diversified to file a motion "supported by legal authority seeking to institute contempt proceedings against Defendant Vertical Holdings Unlimited, LLC and its managing members Lisa and Craig Bythewood." [D.E. 24 ¶ 2]. This Motion is being filed pursuant to this Court's Order.

7.   As of today's date, VHU has still not produced all documents responsive to the Subpoena and has failed to respond to any inquiries from the office of the undersigned counsel requesting a date by which the remaining documents will be produced. As such, contempt proceedings should commence.

**II.   Memorandum of Law.**

This Court should hold VHU in civil contempt for failure to comply with the Subpoena and the subsequent Order of Compliance as well as its Managing Members the Bythewoods

Case 8:17-mc-00037-CEH-AEP Document 28 Filed 06/02/17 Page 4 of 9 PageID 92

*Diversified Lenders, LLC v. Amazon Logistics, Inc., et al*
Case No. 3:14-cv-877-J-334PDB
Motion to Institute Contempt Proceedings Against Vertical
Holdings Unlimited, LLC, Lisa Bythewood and Craig Bythewood
Page 4 of 9

because they were personally responsible for VHU's failure to comply with the Subpoena and the Order of Compliance and should be held accountable for such failure.

      **A.     Standard for Holding a Corporation and its Representatives in Contempt.**

Corporations may be held in contempt of Court as may their corporate representatives. The Supreme Court of the United States, in *Wilson v. U.S.*, 221 U.S. 361 (1911), affirming an order of contempt, held that the officers of a corporation, if they were apprised of the subpoena to the corporation and "prevent[ed] compliance or fail[ed] to take appropriate action within their power for the performance of the corporate duty, they, no less than the corporation itself, are guilty of disobedience, and may be punished for contempt." *Id.* at 377. The Court reasoned that a corporation can only act through its agents and that the individual members of a corporation should be punished in their natural capacity "for failure to do what the law requires of them as the representatives of the corporation." *Id.* (citation omitted).

The contempt in *Wilson* stemmed from the failure of a corporation to allow the inspection of corporate record books which was required to be produced by a subpoena duces tecum to the corporation. *Id.* at 367. The corporate record books at issue were in the possession, custody and control of the president of the company. *Id.* at 368-69. Both the corporation and its president were held in contempt of court; the president having been found in contempt twice. *Id.* at 367, 371. The subpoena was directed to the corporation and not to the president of the corporation. *Id.* at 370. The order of contempt against the president of the corporation specifically provided that he was to be placed in the custody of the U.S. Marshall until he shall cease to obstruct and impede the corporation from complying with the subpoena. *Id.* at 369, 371.

Case 8:17-mc-00037-CEH-AEP   Document 28   Filed 06/02/17   Page 5 of 9 PageID 93

*Diversified Lenders, LLC v. Amazon Logistics, Inc., et al*
Case No. 3:14-cv-877-J-334PDB
Motion to Institute Contempt Proceedings Against Vertical
Holdings Unlimited, LLC, Lisa Bythewood and Craig Bythewood
Page 5 of 9

Relying upon the holding of *Wilson*, the Court in *Air America, Inc. v. Hatton Brothers, Inc.*, 570 F.Supp. 747 (S.D. Fla. 1983), found both a corporation and its president in civil contempt of court for failing to comply with a final judgment which required the corporate plaintiff to deliver possession of an aircraft to the defendant. *Id.* at 749. The order imposing the contempt in this case instructed the U.S. Marshall to take the president of the corporation into custody and incarcerated until the aircraft was delivered to the defendant and further awarded monetary sanctions to the plaintiff. *Id.* at 750-51; *See also e.g. Phoenix Marine Enterprises, Inc. v. One (1) Hylas 46' Convertible Sportfisherman Hull #1*, 681 F.Supp. 1523 (S.D. Fla. 1988)(finding corporation and its officer in civil contempt and ordering the incarceration of the corporate officer until compliance with the court order).

Other districts and circuits have likewise affirmed that "[t]here is authority for binding certain corporate officials to court orders issued against named parties which are corporate defendants." *New Jersey Bldg. Laborers' Statewide Benefit Funds. v. Northeast Construction Enterprises, Inc.*, 2009 WL 466873, *1 (D. N.J. Dec. 8, 2009)(citing *Wilson*). "There is authority extending *Wilson'* S [*sic*] holding from board members to corporate officers." *Id.* (citing *Elec. Workers Pension Trust Fund of Local Union #58 v. Gary's Elec. Serv. Co.*, 340 F.3d 373 (6th Cir. 2003)(applying Wilsons' holding to corporate officers); *Chicago Truck Drivers v. Brotherhood Labor Leasing*, 207 F.3d 500 (8th Cir. 2000)(holding that an order directed against a corporate defendant is binding against a sole shareholder even if not named as a defendant).

Monetary sanctions and incarceration against a corporation and its officers, such as managing members of a limited liability company, are appropriate means of enforcing compliance with a duly issued and properly served subpoena.

Case 8:17-mc-00037-CEH-AEP   Document 28   Filed 06/02/17   Page 6 of 9 PageID 94

*Diversified Lenders, LLC v. Amazon Logistics, Inc., et al*
Case No. 3:14-cv-877-J-334PDB
Motion to Institute Contempt Proceedings Against Vertical
Holdings Unlimited, LLC, Lisa Bythewood and Craig Bythewood
Page 6 of 9

**B.     This Court Should Institute Civil Contempt Proceedings against VHU and the Bythewoods for their Direct Defiance of the Subpoena.**

VHU intentionally failed to comply with a duly issued and properly served Subpoena directing it to produce documents to Diversified by March 17, 2017 by failing to produce such documents, failing to request additional time to produce documents, and failing to object or take any actions to suggest that it intended to comply with the Subpoena or the Rules of this Court. VHU's failure to comply with the Subpoena was the direct result of its Managing Members', the Bythewoods', intentional disregard for their obligations as the corporate representatives of VHU with the responsibility of acting on behalf of the company. The facts specifically supporting a finding that the Bythewoods should be held personally responsible for VHU's failure to comply with the Subpoena, and the subsequent Order of Compliance, are as follows:

The Bythewoods are the Managing Members of VHU and Lisa Bythewood is VHU's registered agent. [*See* Sunbiz.org Summary for VHU attached as **Exhibit A**]. Lisa Bythewood testified that her formal title with VHU was Chief Executive Officer and that Craig Bythewood was the Chief Financial Officer. [*See* Lisa Bythewood Dep. 24:7-9, 20-22, Mar. 29, 2017 ("Bythewood March Dep."), attached as **Exhibit B**].[1] As stated in section I above, a copy of the Subpoena was served upon Lisa Bythewood along with a subpoena for her personal appearance at a deposition. Over the last three months, since serving VHU with the Subpoena, all communications with VHU regarding the Subpoena and the production of documents responsive to the Subpoena have been with Lisa Bythewood. [*See generally* E-mails between Lisa Bythewood and Ullman & Ullman, P.A., attached as Composite **Exhibit C**].

---

[1] All referenced portions of the Bythewood March Dep. transcript are attached hereto as Composite **Exhibit B**.

Case 8:17-mc-00037-CEH-AEP   Document 28   Filed 06/02/17   Page 7 of 9 PageID 95

*Diversified Lenders, LLC v. Amazon Logistics, Inc., et al*
Case No. 3:14-cv-877-J-334PDB
Motion to Institute Contempt Proceedings Against Vertical
Holdings Unlimited, LLC, Lisa Bythewood and Craig Bythewood
Page 7 of 9

Lisa Bythewood has advised the undersigned counsel that VHU documents responsive to the Subpoena are located in a storage unit owned by Lisa Bythewood and also on her personal laptop. [*See* Composite **Exhibit C**, e-mail from Lisa Bythewood dated March 20, 2017 at 10:05 a.m.; Bythewood March Dep. 170:4-71:14]. All documents that have been produced by VHU to Diversified, to date, have come from Lisa Bythewood. [*See* Composite **Exhibit C**]. All agreements to produce documents by VHU have been made on behalf of VHU by Lisa Bythewood. [*See* Composite **Exhibit D**].

The Order scheduling the hearing on Diversified's Motion for Order to Show Cause (D.E. 3) required personal service of the Order on VHU. Lisa Bythewood arranged for the Order to be served at her residence on April 11, 2017 and service was effectuated upon VHU by and through Craig Bythewood. [*See* E-mail dated April 11, 2017 at 9:16 a.m. attached as **Exhibit E** and D.E. 9]. The Order scheduling the Show Cause Hearing [D.E. 16] also required personal service by the U.S. Marshall on VHU. The Order was served on VHU by and through Lisa Bythewood. [*See* Declaration of Jocelyne A. Macelloni, Esq., ¶ 4, attached as **Exhibit F**].

The Bythewoods were both apprised of the Subpoena and the Order of Compliance, are in possession, custody and control of the responsive documents and have repeatedly chosen to ignore the Subpoena. In accordance with *Wilson* and the cases cited herein, this Court should institute contempt proceedings, including the imposition of sanctions and incarceration, against VHU and the Bythewoods.

### III.    Request for Relief.

Diversified requests that this Court grant this Motion and find VHU and the Bythewoods in civil contempt for failing to comply with the Subpoena. Diversified further requests that this

Case 8:17-mc-00037-CEH-AEP   Document 28   Filed 06/02/17   Page 8 of 9 PageID 96

*Diversified Lenders, LLC v. Amazon Logistics, Inc., et al*
Case No. 3:14-cv-877-J-334PDB
Motion to Institute Contempt Proceedings Against Vertical
Holdings Unlimited, LLC, Lisa Bythewood and Craig Bythewood
Page 8 of 9

Court enter an order for the incarceration of the Bythewoods until such time as the Subpoena is fully and completely complied with and for the imposition of sanctions against VHU and the Bythewoods in the total amount of **$6,848.00**, which represents the $6,410.00 in attorney's fees that Diversified has incurred in connection with this action (not including all amounts incurred to obtain the records from VHU prior to moving for an order to show cause), paralegal fees in the amount of $342.00, and costs in the amount of $96.00. [*See* **Exhibit F**, ¶¶ 5-7].

WHEREFORE, Plaintiff Diversified Lenders, LLC respectfully requests that this Court enter an Order granting this Motion, ordering the incarceration of Lisa Bythewood and Craig Bythewood until the Subpoena is fully and completely complied with, ordering that VHU and the Bythewoods are jointly and severally liable to Diversiifed in the amount $6,848.00 as sanctions for their failure to comply with the Subpoena, and for such other and further relief as this Court deems necessary and proper.

Respectfully Submitted,

ULLMAN & ULLMAN, P.A.
*Attorneys for Diversified Lenders, LLC*
7700 West Camino Real, Suite 401
Boca Raton, Florida 33433
Telephone: (561) 338-3535
Facsimile: (561) 338-3581

BY:   *Jocelyne A. Macelloni*
JOCELYNE A. MACELLONI
Florida Bar No. 92092
Email: jocelyne.macelloni@uulaw.net
MICHAEL W. ULLMAN
Florida Bar No. 259667
Email: michael.ullman@uulaw.net
JARED A. ULLMAN
Florida Bar No.
Email: jared.ullman@uulaw.net

Case 8:17-mc-00037-CEH-AEP   Document 28   Filed 06/02/17   Page 9 of 9 PageID 97

*Diversified Lenders, LLC v. Amazon Logistics, Inc., et al*
Case No. 3:14-cv-877-J-334PDB
Motion to Institute Contempt Proceedings Against Vertical
Holdings Unlimited, LLC, Lisa Bythewood and Craig Bythewood
Page 9 of 9

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by e-mail to Vanessa S. Power, Esq. and Reed W. Morgan, Esq., Stoel Rives LLP, *counsel to Amazon Logistics, Inc.*, at vanessa.power@stoel.com and reed.morgan@stoel.com, and by U.S. Mail to Vertical Holdings Unlimited, LLC, Lisa Bythewood and Craig Bythewood at 10511 Martinique Isle Drive, Tampa, FL 33647 on this 2nd day of June, 2017.

BY: *Jocelyne A. Macelloni*
JOCELYNE A. MACELLONI

G:\wp51 16\160018\Miscellaneous Action MD Fla (to enforce Subpoena against VHU)\Pleadings\Motion for Civil Contempt Proceedings Authority (5-31-17).docx