**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DIVERSIFIED LENDERS, LLC,
an Oklahoma limited liability company

        Plaintiff,

v.

AMAZON LOGISTICS, INC., a Delaware
corporation, and VERTICAL HOLDINGS
UNLIMITED, LLC d/b/a VHU EXPRESS,
a Florida limited liability company,

        Defendants.
_____/

Miscellaneous Action No.:
8:17-mc-37-T-36-AEP

Court of Origin:
United States District Court,
Western District of Washington,
Case No. 2:16-cv-01232-RSL

**DECLARATION OF JOCELYNE A. MACELLONI, ESQ. IN SUPPORT OF PLAINTIFF DIVERSIFIED LENDERS, LLC'S MOTION TO INSTITUTE CONTEMPT PROCEEDINGS AGAINST VERTICAL HOLDINGS UNLIMITED, LLC AND ITS MANAGING MEMBERS LISA BYTHEWOOD AND CRAIG BYTHEWOOD**

I, Jocelyne A. Macelloni, declare as follows:

1.    I am over 18 years of age and make this declaration based upon my own personal knowledge. I am counsel of record for Plaintiff Diversified Lenders, LLC ("Diversified").

2.    I have personal knowledge of the facts recited within this Declaration and/or such facts are based on my review of the files and business records that Ullman & Ullman, P.A. maintains and that are pertinent hereto. The files and business records to which I refer are records of acts and events made at or near the time by, or from information transmitted by, persons with knowledge that are kept in the course of Ullman & Ullman, P.A.'s regularly conducted business activities and it being the regular practice of Ullman & Ullman, P.A. in regard and to that business activity to make these memoranda, reports or records. I am a custodian or other qualified witness of these records and I am aware of no fact or circumstance



ULLMAN & ULLMAN, P.A.
7700 West Camino Real · Suite 401 · Boca Raton, Florida 33433
(561) 338-3535 · (561) 338-3581

Case 8:17-mc-00037-CEH-AEP   Document 28-6   Filed 06/02/17   Page 2 of 3 PageID 130

*Diversified Lenders, LLC v. Amazon Logistics, Inc., et al*
Case No. 3:14-cv-877-J-334PDB
Declaration of Jocelyne A. Macelloni, Esq.
Page 2 of 3

that would suggest any lack of accuracy or trustworthiness in Ullman & Ullman, P.A.'s business records or the manner in which they are maintained.

3. This Declaration is being submitted on behalf of Diversified in support of its Motion to Institute Contempt Proceedings against Vertical Holdings Unlimited, LLC ("VHU") and its Managing Members Lisa Bythewood and Craig Bythewood.

4. The Order scheduling the Show Cause Hearing [D.E. 16] required personal service of the Order by the U.S. Marshall on Vertical Holdings Unlimited, LLC d/b/a VHU Express ("VHU"). On May 2, 2017, I spoke with a representative of the U.S. Marshall's Office in Tampa, Florida regarding the status of service of the Order on VHU. I was advised by the U.S. Marshall that the Order was served on VHU by and through Lisa Bythewood. I was further advised that a form would be filed by the U.S. Marshall with the Clerk of the Court advising of this fact. As of today's date, I have not seen a formal filing by the U.S. Marshall.

5. In connection with this action Diversified incurred attorney's fees in the amount of **$6,410.00**, which reflects 18 hours incurred at a rate of $325.00 per hour and 1.6 hours incurred at a rate of $350.00. In addition, Diversified incurred paralegal fees in the amount of **$342.00**, which reflects 3.8 hours incurred at a rate of $90.00 per hour. Lastly, Diversified incurred costs in the amount of **$96.00**, which consist of the $47.00 miscellaneous action filing fee and a process server fee of $49.00 for service of the Court's April 20, 2017 Order.

6. The 19.6 hours of attorney's fees incurred by Diversified included drafting all motions filed in the action; preparation for and telephonic appearance at the April 20, 2017 and May 17, 2017 hearings in connection with the Motion for Order to Show Caused Why VHU Should Not be Held in Civil Contempt of Court, to Compel Production of Documents in Response to the Subpoena and Request for Sanctions; communicating with Lisa Bythewood to resolve this matter without court intervention; and coordinating with the U.S. Marshall for the service of the Order scheduling the Show Cause Hearing on VHU.

Case 8:17-mc-00037-CEH-AEP   Document 28-6   Filed 06/02/17   Page 3 of 3 PageID 131

*Diversified Lenders, LLC v. Amazon Logistics, Inc., et al*
Case No. 3:14-cv-877-J-334PDB
Declaration of Jocelyne A. Macelloni, Esq.
Page 3 of 3

7.  Declarant requests sanctions be imposed against VHU and the Bythewoods for Diversified's reasonable expenses consisting of reimbursement of attorney's fees and costs in the total amount of at least **$6,848.00**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on May 12, 2017.

*/s/ Jocelyne A. Macelloni*
JOCELYNE A. MACELLONI

G:\wp51 16\160018\Miscellaneous Action MD Fla (to enforce Subpoena against VHU)\Pleadings\Declaration in Support of Motion for Civil Contempt Proceedings Authority (6-2-17).docx